IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WALLACE T. PREITZ, II,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | No.: 11-cv-44 |
| | : | |
| **AMERICAN AIRLINES, INC.** and | : | |
| **AMERICAN AIRLINES, INC. PILOT** | : | |
| **LONG TERM DISABILITY PLAN** and | : | |
| **AMERICAN AIRLINES, INC. PENSION** | : | |
| **BENEFITS ADMINISTRATION** | : | |
| **COMMITTEE,** | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this __14TH__ day of January 2015, upon consideration of Plaintiff's Consolidated Motion to Compel Discovery (ECF No. 43), Defendants' Response thereto (ECF No. 45), and Plaintiff's Reply (ECF No. 48),[1] **IT IS HEREBY ORDERED** that Plaintiff's Motion is **GRANTED IN PART** and **DENIED IN PART**:

(1) Plaintiff's request for production of documents identified in the Consolidated Motion at 1(a) and (b) is **GRANTED IN PART**, except that Defendants are not required to produce responsive documents from 2005 or 2006;

(2) Plaintiff's request for production of documents identified in the Consolidated Motion at 1(c) and (d); 2(a) and (b); and 3(a) through (g) is **DENIED**;

---

[1] By Order dated October 7, 2014, the Honorable C. Darnell Jones referred all discovery disputes to the undersigned for disposition. *See* ECF Docket No. 41.

(3)   Plaintiff's request for leave to depose Dr. Thomas Bettes, Dr. Alex Wolbrink, Nurse Jeanne Spoon, Deborah Jameson, Charlotte Teklitz, and Sue Ann Roberson is **GRANTED**.

BY THE COURT:

/s/ Lynne A. Sitarski

LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE